LARUM *et al.* v. BECKER *et al.*

*Appeal from Clayton District Court — Wednesday,*
*October 27.*

ADVERSE POSSESSION : STATUTE OF LIMITATIONS.

</div>

ACTION by plaintiffs to establish the lines between themselves and the defendants, who are adjoining owners, and to quiet their respective titles. There is no controversy in this court as to the location of the true lines of the original survey; but the defendants claim that their rights to certain portions of the lands within the true lines of the boundaries as now established are paramount by reason of adverse possession, and they rely upon the statute of limitations. The District Court gave the plaintiffs the relief they asked. The defendants now appeal to this court.

*James O. Crosby* and *S. T. Woodward* for the appellants — *Elijah Odell* and *Noble, Hatch & Frese* for the appellees.

COLE, J. — The only question made in argument in this court upon the appeal is, as to the sufficiency of the evidence to establish adverse

possession by the defendants of the respective portions claimed by them. The District Court held that the evidence was not sufficient. An examination of the entire record and testimony has satistified us of the correctness of this holding. In case of neither of the defendants has there been adverse possession by inclosure or cultivation for the length of time required by statute to constitute a bar — ten years. And as to the acts of ownership relied upon to prove actual possession, such as cutting timber, hay, and the like, the testimony is conflicting as to the time, and it also shows that plaintiffs exercised like acts of ownership.

<div align="right">Affirmed.</div>